BUCHALTER
A Professional Corporation
MICHAEL L. WACHTELL (SBN: 47218)
ELIANA A. FIELDS (SBN: 327221)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email: mwachtell@buchalter.com

Attorneys for Defendants
SOCOTRA CAPITAL, INC., THE SOCOTRA FUND, LLC,
THE SOCOTRA OPPORTUNITY FUND, LLC,
and MORTGAGE LENDER SERVICES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WET BANDITS, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SOCOTRA CAPITAL, INC., a California Corporation; THE SOCOTRA FUND, LLC, a California limited liability company; THE SOCOTRA OPPORTUNITY FUND, LLC, a California limited liability company; MORTGAGE LENDER SERVICES, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. 2:22-cv-01230-KJM-JDP<br><br>**STIPULATION AND ORDER REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT**<br><br>First Amended Complaint Filed:<br>August 2, 2022 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff, Wet Bandits, LLC, ("Plaintiff"), and Defendants, The Socotra Opportunity Fund, LLC, Socotra Capital Inc., (collectively, "Socotra" or "Socotra Defendants"), and Mortgage Lender Services, Inc., ("MLS"), (collectively, "Defendants"), (collectively the, "Stipulating Parties"), by and through their counsel of record, constituting all parties to this action, hereby stipulate as follows:

1.      WHEREAS, on or about August 2, 2022, this Court issued an Order to Show Cause

**STIPULATION AND ORDER REMANDING ACTION TO STATE COURT**

1  why this case should not be remanded to the Sacramento County Superior Court.

2      2.      WHEREAS, shortly after this Court issued its Order to Show Cause, on or about

3  August 2, 2022, Plaintiff filed the First Amended Complaint, which removed the only federal cause

4  of action, a Violation of the Truth in Lending Act, from the Complaint.

5      3.      WHEREAS, there are currently no pending claims in the First Amended Complaint

6  that qualify this case for federal jurisdiction.

7      **NOW, THEREFORE, THE STIPULATING PARTIES AGREE TO THE**

8  **FOLLOWING:**

9      This matter shall be remanded to the Sacramento County Superior Court.

10     **SO STIPULATED.**

11

12  DATED:  August 2, 2022          BUCHALTER
                                    A Professional Corporation
13

14

15                                  By: */s/ Michael L. Wachtell*
                                        MICHAEL L. WACHTELL
16                                      ELIANA A. FIELDS
                                        Attorneys for Defendants
17                                      SOCOTRA CAPITAL, INC., THE SOCOTRA
                                        FUND, LLC,
18                                      THE SOCOTRA OPPORTUNITY FUND, LLC,
                                        and
19                                      MORTGAGE LENDER SERVICES, INC.

20  DATED:  August 3, 2022          KDH LAW

21

22

23                                  By: */s/ Kurt D. Hendrickson*
                                        KURT D. HENDRICKSON
24                                      Attorney for Plaintiff
                                        WET BANDITS, LLC
25

26

27

28

1

## __ATTESTATION__

2

    I, Michael L. Wachtell, attest that all other signatories listed, and on whose behalf the

3
filing is submitted, concur in the filing's content and have authorized the filing.

4
                                          */s/ Michael L. Wachtell*
                                          Michael L. Wachtell

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

3

**STIPULATION AND ORDER REMANDING ACTION TO STATE COURT**

BN 71399795v1

**ORDER**

The Court, having considered the foregoing stipulation of the parties, and finding good cause existing, approves the stipulation and hereby Orders as follows:

This case is hereby remanded to the Sacramento County Superior Court.

**IT IS SO ORDERED.**

Dated:  August 9, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

4

**STIPULATION AND ORDER REMANDING ACTION TO STATE COURT**

BN 71399795v1